UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3046 ODW(RCx) | Date | June 8, 2010 |
|---|---|---|---|
| Title | Robyn Walker v. Pioneer Credit Recovery, Inc. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [5] filed June 7, 2010. The Court orders plaintiff to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, July 26, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a request or stipulation for dismissal.

IT IS SO ORDERED.

                                                                                       :    00

                                                     Initials of Preparer    RGN